# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| NORMA MORENO-PACHECO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-cv-3054 |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendant. | § | JURY DEMANDED |

### DEFENDANT HOME DEPOT U.S.A., INC.'S NOTICE FO REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Defendant HOME DEPOT U.S.A., INC., ("Home Depot") Defendant and files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

### I.   BACKGROUND

1. Home Depot is the Defendant in a civil action pending in the 101st District Court of Dallas County, Texas entitled *Norma Moreno-Pacheco v. Home Depot U.S.A., Inc.,* Cause No. DC-21-15825 (herein after referred to as the "State Court Action".) An Index of State Documents Filed with the Notice of Removal is attached hereto as 'Exhibit A' and true and correct copies of all process, pleadings, and orders served upon Home Depot in the State Court Action are attached hereto as 'Exhibit B' as required by 28 U.S.C. § 1446(a).

2. The State Court Action was filed on October 27, 2021. Home Depot was served with Plaintiff's Original Petition on November 12, 2021. Plaintiff's Original Petition asserts a premises liability claim against Home Depot, based on an allegation that she slipped and fell on paint in a parking lot of a Home Depot store that allegedly occurred in a Home Depot Store in Grand Prairie, Dallas County, Texas on March 28, 2020. In the Petition, Plaintiff specifically states that he is seeking monetary relief over $250,000 but not more than $1,000,000. Thus, it is facially apparent from Plaintiff's Original Petition that Plaintiff seeks damages in excess of

$75,000, such that the amount in controversy requirement for diversity jurisdiction is satisfied. Thus, this Notice of Removal, is timely filed within thirty (30) days of service of process of the first pleading or other paper from which it could be determined that the amount in controversy is in excess of $75,000, exclusive of costs. *See* 28 U.S.C. § 1446(b).

## II.   DIVERSITY OF CITIZENSHIP

3. Plaintiff Norma Moreno-Pecheco is and was at the time of filing of this action a citizen of the State of Texas.

4. Home Depot is and was at the time of the filing of this action, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Atlanta, Georgia. Consequently, Home Depot is a citizen of the States of Delaware and Georgia, and the District Courts of the United States have original jurisdiction over this action based on complete diversity of citizenship amongst and between the parties, in that Plaintiff and Home Depot are now and were at the time this action commenced, diverse in citizenship from each other.

5. Under 28 U.S.C. § 1446(a), venue of the removed action is proper in this Court as it is the district and vision embracing the place where the State Court Action is pending.

6. Pursuant to 28 U.S.C. § 1446(d), Home Depot will promptly give written notice of the filing of this notice of removal to Plaintiff and will further file a copy of this Notice of Removal with the District Clerk of Dallas County, Texas where the action was previously pending.

7. **Jury Demand** – Home Depot hereby requests a trial by jury on all issues and claims in this cause.

WHEREFORE**,** Defendant Home Depot U.S.A., Inc. hereby removes the case styled *Norma Moreno-Pacheco v. Home Depot U.S.A., Inc.,* Cause No. DC-21-15825 in the 101st District Court of Dallas County, Texas, and respectfully requests that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action.

Respectfully submitted,

By: */s/ Robert A. Ewert*
    Robert A. Ewert
    Attorney-in-Charge
    Texas State Bar No. 24036540
    LEWIS BRISBOIS BISGAARD & SMITH LLP
    2100 Ross Avenue, Suite 2000
    Dallas, Texas 75201
    Telephone: 214.722.7100
    Facsimile: 214.722.7111

    **Attorney for Defendant**
    **Home Depot U.S.A., Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on this the 8th day of December, 2021.

*Counsel for Plaintiff*
Griffin Scheumack
Ben Abbott & Associates, PLLC
1934 Pendleton Drive
Garland, TX 75041

    */s/ Robert A. Ewert*
    ROBERT A. EWERT