IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NORMA MORENO-PACHECO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-3054-E |
| | § | |
| HOME DEPOT U.S.A., INC., | § | |
| | § | |
| Defendant. | § | |

# ORDER

Defendant Home Depot U.S.A., Inc. has advised the Court that the parties have settled this action. The Court **ORDERS** the parties to file appropriate dismissal documents by August 15, 2022, or if unable to do so, a joint status report.

The Court **VACATES** the trial setting and **CANCELS** the pretrial conference, and all pending deadlines are continued. In addition, Home Depot's pending Motion for Summary Judgment is **DENIED AS MOOT**. This case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

**SO ORDERED**.

Signed June 29, 2022.

Ada Brown
UNITED STATES DISTRICT JUDGE